JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTAGE HEALTH, dba SANTA BARBARA COTTAGE HOSPITAL, a California corporation and GOLETA VALLEY COTTAGE HOSPITAL, a California non-profit corporation,<br><br>            Plaintiffs,<br><br>vs.<br>CIGNA HEALTHCARE OF CALIFORNIA, INC., a California for-profit corporation, and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut for-profit corporation,<br><br>            Defendants. | Case No. 2:20-cv-6069 JFW(KSx)<br>Hon. John F. Walter<br><br><br>**ORDER ON STIPULATION AND JOINT APPLICATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**PREJUDICE**

The parties, having filed a Joint Stipulation and Application for Voluntary Dismissal of Action without Prejudice, and good caused appearing therefor, the Court hereby orders the action is dismissed without prejudice.  Each party is to bear its own fees and costs.

IT IS SO ORDERED.

DATED: December 18, 2020    _____
                                              Hon. John F. Walter
                                              UNITED STATES DISTRICT JUDGE

Submitted by:

Joshua C. Traver (SBN 229778)
jtraver@colepedroza.com
Alysia B. Carroll (SBN 303136)
acarroll@colepedroza.com
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA  91108
Tel.:   (626) 431-2787
Fax:   (626) 431-2788

Attorneys for Defendants
CIGNA HEALTHCARE OF CALIFORNIA, INC. and CONNECTICUT GENERAL LIFE INSURANCE COMPANY